1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Arthur K. Cunningham, SB# 97506
2   650 East Hospitality Lane
Suite 600
3   San Bernardino, California 92408
Telephone: (909) 387-1130
4   Facsimile: (909) 387-1138
Email: akcatty@lbbslaw.com

5
Attorneys for Defendants,
6   CITY OF TEMECULA; DEP. CHESHIER;
DEP. VIGIL; DET. GUZMAN; DET. WENKER

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JESSICA WAMMACK and ERIC KOWALOWSKI, | )  CASE NO.   CV 07-08203 ABC (JCRx) |
| 12 | )  ANSWER OF DEFENDANTS, |
|        Plaintiffs, | )  CITY OF TEMECULA; |
| 13 | )  DEP. CHESHIER; DEP. VIGIL; |
|     v. | )  DET. GUZMAN; DET. WENKER, |
| 14 | )  AND DEMAND FOR JURY TRIAL |
| CITY OF TEMECULA; DEP. | ) |
| 15  CHESHIER; DEP. VIGIL; DET. | ) |
| GUZMAN; DET. WINKER, et al., | ) |
| 16 | ) |
|        Defendants. | ) |
| 17 | ) |

18         COME NOW DEFENDANTS, CITY OF TEMECULA; DEP. DENNIS

19   CHESHIER, ERRONEOUSLY SUED AND SERVED AS "DEP. CHESHIER";,

20   DEP. ORLANDO VIGIL, ERRONEOUSLY SUED AND SERVED AS "DEP.

21   VIGIL"; DET. NELSON GUZMAN, ERRONEOUSLY SUED AND SERVED AS

22   "DET. GUZMAN"; AND DET. DENNIS WENKER, ERRONEOUSLY SUED

23   AND SERVED AS "DET. WINKER", and in answer to the Complaint herein,

24   admit, deny and allege as follows:

25   1.      Answering paragraphs 1 and 2, defendants admit that the allegations of the

26           complaint allege bases for subject matter jurisdiction and venue of this

27           Court.

28   2.      Defendants admit the allegations of paragraph 3.

4844-5753-3698.1                          -1-

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

3.   Answering paragraph 4, Defendants admit that defendant CITY OF TEMECULA is a political subdivision of the State of California and further alleges that defendant CITY contracted with the COUNTY OF RIVERSIDE for the provision of police services within the City. Except as herein expressly admitted, the allegations of said paragraph, and each of them, are denied.

4.   Answering paragraph 5, defendants deny each and every, all and singular of said allegations, and and further allege that defendant CITY contracted with the COUNTY OF RIVERSIDE for the provision of police services within the City; COUNTY employed and supervised the identified individuals.

5.   Answering paragraph 6, defendants lack sufficient information and belief upon which to base a response thereto and upon that ground deny, generally and specifically, all and singular of the allegations thereof.

6.   Answering paragraph 7, defendants agree that they are subject to federal law, the U.S. Constitution, and state law; however, the allegations of the paragraph are so vague and conclusory that as to any specific allegation, defendants lack sufficient information and belief upon which to base a response thereto and upon that ground deny, generally and specifically, all and singular of the allegations thereof.

7.   Answering paragraph 8, defendants deny each and every, all and singular of said allegations, and and further allege that defendant CITY contracted with the COUNTY OF RIVERSIDE for the provision of police services within the City; COUNTY employed and supervised the identified individuals.

8.   Answering paragraph 9, defendants deny each and every, all and singular of said allegations, and and further allege that defendant CITY contracted with the COUNTY OF RIVERSIDE for the provision of police services within the City; COUNTY employed and supervised the identified individuals.

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

4844-5753-3698.1

-2-

9.      Answering paragraph 10 of the complaint Defendants admit that plaintiffs were detained, arrested, and interrogated. Except as herein expressly admitted, defendants deny each and every, all and singular of the allegations of said paragraph(s).

10.     Answering paragraph 11-12 and 14 of the complaint Defendants deny each and every, all and singular of the allegations of said paragraph(s).

11.     Answering paragraph 13 of the complaint Defendants admit that a request was submitted to the District Attorney for certain charges against plaintiffs and that the District Attorney did not file on those charges. Except as herein expressly admitted, defendants deny each and every, all and singular of the allegations of said paragraph(s).

12.     Answering paragraph 15, Defendants reallege and incorporate by reference their responses to paragraphs 1-14, inclusive.

13.     Answering paragraphs 16-18, defendants admit that tort claims were presented on or about the date referenced and have been denied. Except as herein expressly admitted, the allegations of said paragraph, and each of them, are denied.

14.     Answering paragraph 19, Defendants reallege and incorporate by reference their responses to paragraphs 1-18, inclusive.

15.     Answering paragraph 20 of the complaint Defendants admit that plaintiffs were detained, arrested, and interrogated. Except as herein expressly admitted, defendants deny each and every, all and singular of the allegations of said paragraph(s).

16.     Answering paragraph 21-30 of the complaint Defendants deny each and every, all and singular of the allegations of said paragraph(s).

17.     Answering paragraph 31, Defendants reallege and incorporate by reference their responses to paragraphs 1-18, inclusive.

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

18.   Answering paragraphs 32-34 of the complaint Defendants deny each and every, all and singular of the allegations of said paragraph(s).

19.   Answering paragraph 35, Defendants reallege and incorporate by reference their responses to paragraphs 1-18, inclusive.

20.   Answering paragraphs 36-37 of the complaint Defendants deny each and every, all and singular of the allegations of said paragraph(s).

21.   Answering paragraph 38, Defendants reallege and incorporate by reference their responses to paragraphs 1-18, inclusive.

22.   Answering paragraphs 39-41 of the complaint Defendants deny each and every, all and singular of the allegations of said paragraph(s).

## AFFIRMATIVE DEFENSES

23.   That the incident and injuries alleged by plaintiffs were directly contributed to and legally caused by the negligent and careless acts or omissions of plaintiffs in that said plaintiff s failed to exercise due care or any care or caution with respect to his/her/their personal safety; such that plaintiffs legally caused or contributed to the happening of the alleged incident and any damages plaintiffs may have allegedly sustained as a result thereof.

24.   That the injuries suffered by plaintiffs, if any, were legally caused by the negligence and liability or other legal fault of persons or entities other than defendants, and defendants request that an allocation of such negligence and liability be made among such persons or entities, and that if any liability be found on the part of any defendant, that judgment against defendant be only in an amount which is proportionate to defendant's contribution to plaintiffs' injuries or damages, if any.

25.   That at all times relevant herein, the plaintiff failed to mitigate and reduce his/her/their damages, if any he/they suffered, as required by law.

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

4844-5753-3698.1

-4-

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

26. That the complaint, and each and every claim and cause of action thereof, fails to state facts sufficient to constitute a cause of action against the answering defendants, and/or each and every cause of action within the complaint fails to state a claim upon which relief may be granted.

27. Without shifting the burden of pleading or proof, the actions of defendants and/or its agents, servants or employees were reasonable.

28. Without shifting the burden of pleading or proof, the actions of defendants and/or its agents, servants or employees were the result of a mistake of law.

29. Without shifting the burden of pleading or proof, the actions of defendants and/or its agents, servants or employees were the result of a mistake of fact.

30. Without shifting the burden of pleading or proof, the actions of defendant and/or its agents, servants or employees were done with probable cause.

31. Without shifting the burden or pleading or proof, the actions of defendant and/or its agents, servants or employees were done under exigent circumstances.

32. Without shifting the burden of pleading or proof, the actions of defendants and/or its agents, servants or employees were done in good faith, thereby entitling defendants to qualified immunity from suit and liability.

33. Without shifting the burden of pleading or proof, defendants' actions and those of its agents, servants and employees were the result of and/r authorized by probable cause, exigent circumstances, consent and/or mistake of law or fact.

34. That the individual defendant(s) are entitled to qualified immunity from suit.

35. Punitive damages are not recoverable against defendant CITY OF TEMECULA as a matter of law. California Government Code, Section 818.

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

36.   Punitive and/or exemplary damages are unconstitutional as violative of the excessive fines and due process protections afforded under the United States and California constitutions.

37.   The causes of action brought pursuant to state law, and each of them, are barred in that the causes of action are not fairly reflected in the tort claim(s) filed by plaintiff(s).

38.   The individual defendants are immune as to the claims brought under state law in that their actions were discretionary, and/or they were acting with due care or were engaged in investigatory conduct.  California Government Code, Sections 820.2, 820.4, and/or 821.6.

39.   Defendants reserve the right to assert additional affirmative defenses as the facts and circumstances may require as a result of facts to be unearthed in discovery and continuing investigation.

**WHEREFORE, DEFENDANTS, AND EACH OF THEM, PRAY:**

1.  That plaintiffs take nothing by the Complaint herein, and that judgment be entered in favor of defendants, and each of them;

2.  For costs of suit;

3.  For attorneys' fees and expenditures in defense of this action under 42 USC § 1988; and,

4.  For such other and further relief as the court may deem just and proper.

DATED:  February 14, 2008   Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____

Arthur K. Cunningham
Attorneys for CITY OF MORENO VALLEY and
COUNTY OF RIVERSIDE

4844-5753-3698.1

-6-

1

**DEMAND FOR JURY TRIAL**

2       Defendants, and each of them, hereby demand trial by jury on all issues

3 framed by the pleadings.

4 DATED:  February 14, 2008

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Arthur K. Cunningham
Attorneys for Defendants,
CITY OF TEMECULA;DEP. CHESHIER;
DEP. VIGIL; DET. GUZMAN and
DET. WENKER

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

4844-5753-3698.1

**FEDERAL COURT PROOF OF SERVICE**
- File No.

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 650 East Hospitality Lane, Suite 600, San Bernardino, California 92408. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 20, 2008, I served the following document(s): ANSWER OF DEFENDANTS, CITY OF TEMECULA; DEP. CHESHIER; DEP. VIGIL; DET. GUZMAN; DET. WENKER, AND DEMAND FOR JURY TRIAL

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Alvin M. Gomez, Esquire
8910 University Center Lane,
 Suite 550
San Diego, California  92122

The documents were served by the following means:

[X]   (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2008, at San Bernardino, California.

SHARON DENISE MOORE

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 EAST HOSPITALITY LANE, SUITE 600
SAN BERNARDINO, CALIFORNIA 92408-1130
TELEPHONE (909) 387-1130

4844-5753-3698.1